## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**TITANIDE VENTURES, LLC,**

**Plaintiff,**

**v.**

**BOX, INC.,**

**Defendant.**

**Case No.: 4:12-cv-00160-RAS**

**JURY TRIAL DEMANDED**

## JOINT MOTION TO DISMISS ACTION WITH PREJUDICE

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendant Box, Inc. ("Box") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss with prejudice all pending claims and counterclaims, including all claims by Titanide against Box, and all claims by Box against Titanide. Each party is to bear its own costs and fees. A proposed order accompanies this Motion.

Dated: April 24 2013

Respectfully Submitted,

/s/ *Christopher Kao*_____
Christopher Kao (California Bar No. 233726)
Brock S. Weber {Pro Hac Vice)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel: (650) 838-4300
CKao@perkinscoie.com
BWeber@perkinscoie.com
Harry L. Gillam, Jr. (Texas Bar No. 07921800)
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903)934-8450
gil@gillamsmithlaw.com

***Counsel for Defendant***
***Box, Inc.***

*/s/ Jennifer C. Lu*_____
    Jennifer C. Lu

BANYS, P.C.
Christopher D. Banys SBN: 230038 (California)
Daniel M. Shafer        SBN: 244839 (California)
Jennifer C. Lu              SBN: 255820 (California)
Banys, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
jcl@banyspc.com
dms@banyspc.com

LOCAL COUNSEL:

WARD & SMITH LAW FIRM
Wesley Hill          SBN: 24032294
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**TITANIDE VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the attached Joint Motion To Dismiss Action With Prejudice is being served via the Court's CM/ECF system on April 24, 2013 on  all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

*/s/ Georgia Golfinopoulos*
Georgia Golfinopoulos


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel has met and conferred regarding Joint Motion To Dismiss Action With Prejudice, and the Parties have agreed to the requested relief and to file the motion jointly.

*/s/ Jennifer C. Lu*
Jennifer C. Lu